```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WANDA BENITEZ,                                              :
                                                            :
                                    Plaintiff,              :
                                                            :      21-CV-10297 (VSB)
                -against-                                   :
                                                            :          ORDER
LONG ISLAND RAILROAD COMPANY,                               :
                                                            :
                                    Defendant.              :
                                                            :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on December 2, 2021. (Doc. 1). A waiver of service was filed on behalf of Defendant on December 30, 2021, and Defendant's response to Plaintiff's complaint was due on February 1, 2022. (Doc. 5.) Defendant never responded to the complaint or appeared in the action. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 25, 2022. If Plaintiff fails to do so or otherwise demonstrates that she does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 4, 2022
             New York, New York

                                                        VERNON S. BRODERICK
                                                        United States District Judge