UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
WANDA BENITEZ,                                             :
:
                        Plaintiff,  :
:          21-CV-10297 (VSB)
       -against-                                         :
:          **ORDER**
LONG ISLAND RAILROAD COMPANY,                              :
:
                        Defendant.  :
:
-------------------------------------------------------- :
X

VERNON S. BRODERICK, United States District Judge:

On March 11, 2022, the parties to this action filed a proposed case management plan in which they indicated their consent to conduct all further proceedings before a United States Magistrate Judge. (Doc. 13-1.) In light of this, on March 14, 2022, I directed the parties to file the appropriate form indicating their consent. (Doc. 14.) The parties have yet to do so. Accordingly, it is hereby

ORDERED that by March 30, 2022, the parties must file the consent form indicated in my prior order, (*id.*), or, if they indicated their consent in error, they must file a joint letter stating such and a new proposed case management plan.

SO ORDERED.

Dated:    March 23, 2022
             New York, New York
                                                                VERNON S. BRODERICK
                                                                   United States District Judge