```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  05/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WANDA BENITEZ,

                Plaintiff,

  -v-

LONG ISLAND RAILROAD COMPANY,

                Defendant.
-----------------------------------------------------------X

**ORDER OF DISMISSAL**

21-CV-10297 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    The Court having participated in a conference today at which all claims asserted herein have been settled, it is hereby ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, but without prejudice to the right to reopen the action within 45 days of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen must be filed within 45 days of the date of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 45-day period to be "so ordered" by the Court.

Any pending motions are moot. The trial scheduled to begin on June 6 is adjourned sine die. The Clerk is directed to close this case.

**SO ORDERED.**

Dated: May 26, 2023
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge